# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SCOTT D. PLUTA )
777 7TH STREET, N.W. #414 )
WASHINGTON, D.C. 20001 )
(434)-242-1615 )
)
) **Case No. 1:06CV01806**
Plaintiff, ) **Judge Roberts**
)
v. )
)
CITIGROUP, INC., *et. al.* )
399 PARK AVENUE )
NEW YORK, N.Y. 10043 )
)
)
Defendants. )

Voluntary Motion to Dismiss Defendant

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), pro se Plaintiff Scott D. Pluta, hereby voluntarily

dismisses Citigroup, Inc. as a defendant in the above-captioned action without prejudice.

Respectfully submitted,

By: _____

Scott D. Pluta
777 7th Street NW #414
Washington, D.C. 20001
(434) 242-1615

DATE: NOVEMBER 15, 2006



**RECEIVED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of

Dismissal was served by electronic mail, as agreed, on this the 15th day of November, 2006, on:

    Alec W. Farr
    Bryan Cave LLP
    700 Thirteenth Street N.W.
    Washington, DC  20005-3960

_____
Scott D. Pluta

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of

Dismissal was served by United States mail, on this the 15th day of November, 2006, on:

    Larry Osborne
    2031 Brooks Drive
    District Heights, MD 20747

_____
Scott D. Pluta