UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SCOTT D. PLUTA )<br>777 7TH STREET, N.W. #414 )<br>WASHINGTON, D.C. 20001 )<br>(434)-242-1615 )<br>)<br>) Case No. 1:06CV01806<br>Plaintiff, ) Judge Roberts<br>)<br>v. )<br>)<br>CITIGROUP, INC., *et. al.* )<br>399 PARK AVENUE )<br>NEW YORK, N.Y. 10043 )<br>)<br>)<br>Defendants. ) | |

_Motion for ECF Login and Password_

Pro se Plaintiff Scott D. Pluta, hereby respectfully asks the court to grant a login and password for purposes of electronic filing in the above captioned matter.

Respectfully submitted,

By: _____
Scott D. Pluta
777 7th Street NW #414
Washington, D.C. 20001
(434) 242-1615

DATE: NOVEMBER 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Dismissal was served by electronic mail, as agreed, on this the 15th day of November, 2006, on:

Alec W. Farr
Bryan Cave LLP
700 Thirteenth Street N.W.
Washington, DC  20005-3960

_____
Scott D. Pluta


I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Dismissal was served by United States mail, on this the 15th day of November, 2006, on:

Larry Osborne
2031 Brooks Drive
District Heights, MD 20747

_____
Scott D. Pluta