IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITIMORTGAGE, INC. )<br>1000 TECHNOLOGY DRIVE )<br>O'FALLON, MO 63368 )<br>)<br>LARRY OSBORNE )<br>2031 BROOKS DRIVE )<br>DISTRICT HEIGHTS, MD 20747 )<br>)<br>Defendants. ) | Case No. 1:06CV01806 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, CitiMortgage, Inc., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the Court to extend the time within which Defendants must answer, move against, or otherwise respond to Plaintiff's Complaint, to and including January 9, 2006, for the following reasons:

1. Plaintiff filed this action on October 18, 2006.

2. Defendant was served with process on October 27, 2006.

3. Pursuant to Fed. R. Civ. P. 4(d), Defendants' answer, motion, or other response would be due on or before December 26, 2006.

4. Plaintiff, acting *pro se*, and Defendant's counsel have been discussing possible settlement. While no agreement has yet been reached – and it is not anticipated that any resolution can be reached and/or finalized by December 26, 2006 – an extension of time to allow CitiMortgage to file its responsive pleading is respectfully requested so that the parties may

continue settlement discussions. An extension will allow the parties to negotiate and/or achieve a possible settlement without either party incurring significant additional expenses and attorneys' fees. Thus, an extension of time for CitiMortgage to respond to Plaintiff's Complaint may foster settlement and a quicker resolution of this case.

5.  Plaintiff has been consulted and has consented to a fourteen (14) day extension of time. CitiMortgage's counsel also has provided Plaintiff with a draft of this motion, and Plaintiff does not object to its form.

6.  No previous extensions of time have been requested by counsel.

7.  The requested extension of time will not prejudice the interest of any party to this case, nor will it unduly delay proceedings in this matter. As noted above, the requested extension of time will serve the interest of justice in that it may foster a quicker resolution of this case.

8.  CitiMortgage is providing the Court with a proposed Order.

WHEREFORE, for all of the foregoing reasons, Defendant hereby prays the Court to enter its Order extending the time within which Defendant CitiMortgage must answer, move against, or otherwise respond to Plaintiff's Complaint to and including January 9, 2006.

Respectfully submitted,

BRYAN CAVE LLP

By _____
Alec W. Farr
Kristin A. Hird
700 Thirteenth St., N.W.
Washington, D.C. 20005
(202) 508-6000
(202) 508-6200 (fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via Federal Express this 21st day of December, 2006, to:

Scott D. Pluta
777 7th Street, N.W.
Apartment #414
Washington, D.C. 20001
PLAINTIFF

_____
Kristin A. Hird
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA<br><br>          Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.<br>1000 TECHNOLOGY DRIVE<br>O'FALLON, MO 63368<br><br>LARRY OSBORNE<br>2031 BROOKS DRIVE<br>DISTRICT HEIGHTS, MD 20747<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV01806<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on the Defendant CitiMortgage's Motion for Extension of Time. Having examined the Motion and finding good cause shown, it is hereby ordered that Defendant CitiMortgage shall have fourteen (14) additional days (to and including January 9, 2007) in which to answer, move against, or otherwise respond to Plaintiff's Complaint.

      IT IS SO ORDERED.

_____                             _____
Date                                                         The Honorable Richard W. Roberts
                                                           District Court Judge