IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITIMORTGAGE, INC. | ) |
| 1000 TECHNOLOGY DRIVE | ) |
| O'FALLON, MO 63368 | )  Case No. 1:06CV01806 |
| | ) |
| LARRY OSBORNE | ) |
| 2031 BROOKS DRIVE | ) |
| DISTRICT HEIGHTS, MD 20747 | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, CitiMortgage, Inc., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the Court to extend the time within which Defendants must reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, to and including February 5, 2007, for the following reasons:

1. Plaintiff filed his Opposition to Defendant's Motion to Dismiss on January 22, 2007.

2. Pursuant to Local Civ. R. 7(d), Defendant's reply brief would be due on January 29, 2007.

3. Defendant's counsel have been diligently pursuing all proper responses since the receipt of Plaintiff's motion; however, additional time is needed to completely address all relevant issues.

4. Plaintiff has been consulted and has consented to a seven (7) day extension of time.

5. The requested extension of time will not prejudice the interest of any party to this case, nor will it unduly delay proceedings in this matter.

6. CitiMortgage is providing the Court with a proposed Order.

WHEREFORE, for all of the foregoing reasons, Defendant hereby prays the Court to enter its Order extending the time within which Defendant CitiMortgage must reply to Plaintiff's Opposition to Defendant's Motion to Dismiss to and including February 5, 2007.

Respectfully submitted,

BRYAN CAVE LLP

By _____
Alec W. Farr (D.C. Bar No. 440046)
Kristin A. Hird (D.C. Bar No. 497800)
700 Thirteenth St., N.W.
Washington, D.C. 20005
(202) 508-6000
(202) 508-6200 (fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via Federal Express this 24th day of January, 2007, to:

Scott D. Pluta
777 7th Street, N.W.
Apartment #414
Washington, D.C. 20001
PLAINTIFF

_____
Kristin A. Hird
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA<br><br>        Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.<br>1000 TECHNOLOGY DRIVE<br>O'FALLON, MO 63368<br><br>LARRY OSBORNE<br>2031 BROOKS DRIVE<br>DISTRICT HEIGHTS, MD 20747<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01806<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter comes before the Court on the Defendant CitiMortgage's Motion for Extension of Time. Having examined the Motion and finding good cause shown, it is hereby ordered that Defendant CitiMortgage shall have seven (7) additional days (to and including February 5, 2007) in which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

    IT IS SO ORDERED.


_____                              _____
Date                                                 The Honorable Richard W. Roberts
                                                      District Court Judge