UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA, <br><br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC., *et. al.* <br><br> Defendants. | Case No. 1:06CV01806 (RWR) |

## MOTION FOR CM/ECF PASSWORD

Pro se Plaintiff Scott D. Pluta, hereby respectfully asks the court to grant a login and password for purposes of electronic filing in the above captioned matter pursuant to Rule LCvR 5.4(b)(2).

Plaintiff has unfettered access to the Internet both at work (1700 K Street NW) and at home (777 7th Street NW, #414). Both access points support high speed internet (Cable or higher). Plaintiff maintains an e-mail account with Hotmail, the address for which is sdpluta@hotmail.com. Counsel for Defendant CitiMortgage is aware of and has previously utilized Plaintiff's e-mail address. Plaintiff has two computer laptops, a Dell Inspiron and an IBM ThinkPad, at his disposal. Plaintiff also has the ability to print and scan documents to PDF format.

Plaintiff confirms the capacity to file documents and receive filings of the other parties electronically on a regular basis.

Respectfully submitted,

By: _____
Scott D. Pluta
777 7th Street NW #414
Washington, D.C. 20001
(434) 242-1615

DATE: JANUARY 24, 2007