UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA, | ) |
| Plaintiff, | ) Case No. 1:06CV01806 (RWR) |
| v. | ) |
| CITIMORTGAGE, INC., *et al.* | ) |
| Defendants. | ) |

## JOINT DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, the parties, Plaintiff *pro se* and Defendants CitiMortgage, Inc. ("CitiMortgage") and Larry Osborne by undersigned counsel, hereby file their Proposed Discovery Plan in the above named case.

1. Plaintiff believes that the case is not likely to be disposed of by dispositive motions. CitiMortgage has moved to dismiss most counts in the Complaint and believes the case will be disposed of by dispositive motions, either at the Rule 12(b)(6) stage or the Rule 56 stage.

2. The parties agree at this time that the date by which any other parties shall be joined or the pleadings amended is uncertain.

3. Plaintiff believes that at this time it is premature to agree upon or narrow some or all of the factual or legal issues. CitiMortgage has moved to dismiss most counts in the Complaint and believes this will greatly narrow the factual or legal issues.

4. At this time CitiMortgage does not consent to the assignment of this case to a magistrate judge.

5. Plaintiff believes that formal settlement discussions at this time are premature. However, the parties remain open to the possibility of a successful settlement prior to trial.

6. The parties agree that the case could benefit from the Court's alternative dispute resolution ("ADR") procedures. The Plaintiff has indicated that the two conditions of his agreement to ADR are that (1) any decision be non-binding on the parties and (2) the ADR process be of no cost to the Plaintiff.

7. The parties agree to make the initial disclosures required by Fed. R. Civ. P. 26(a)(1). The parties agree to make such disclosures by February 21, 2007.

8. The parties agree to complete fact discovery by June 1, 2007.

9. The party with the burden of proof as to any claim or defense shall serve Rule 26(a)(2) expert disclosures as to that claim or defense by June 15, 2007. Responding expert disclosures shall be served on or before July 7, 2007. Rebuttal expert disclosures shall be served on or before July 21, 2007.

10. The parties will complete expert depositions by August 7, 2007.

11. Discovery will close on August 7, 2007.

12. The parties agree that after the close of discovery, dispositive motions will be due on or before August 15, 2007.

13. Within the discretion of the Court's calendar, the parties request that the pretrial conference shall take place on or around October 1, 2007.

14. The parties request that a trial date be set at the pretrial conference.

15. The parties respectfully reserve the right to seek modification of this Order for good cause shown following proper notice and a hearing if needed.

Dated: February 15, 2007

                                      Respectfully submitted,

                                      Scott D. Pluta
                                      777 7th Street NW #414
                                      Washington, D.C. 20001
                                      (434) 242-1615
                                      *Pro Se*

                                      Alec W. Farr (D.C. Bar No. 440046)
                                      Kristin A. Hird (D.C. Bar. No. 497800)
                                      BRYAN CAVE LLP
                                      700 Thirteenth Street, NW, Suite 700
                                      Washington, D.C. 20005
                                      (202) 508-6000

                                      *Counsel for CitiMortgage, Inc. and Larry Osborne*

DC:459736.2