UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA )<br>)<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIMORTGAGE, INC., *et al.* )<br>)<br>Defendants. ) | Case No. 1:06CV01806 (RWR) |

## OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Defendant CitiMortgage, Inc. hereby offers to allow that a judgment be taken against it in full satisfaction of all claims in this matter in one of the following ways, at Plaintiff's option:

1. An injunction providing that CitiMortgage, Inc. will amend the interest rate of Plaintiff's first mortgage from 5.875% to 5.775% and reimburse Plaintiff for the difference in payments he has made from December 2005 to the date of this offer under the loan ($689 as of this date).

   *or at Plaintiff's option*:

2. A lump sum payment of $5,022, the equivalent of the difference in interest rates over the 30-year life of the loan, reduced to present value.

Further, regardless of which option Plaintiff chooses, Defendant offers to allow that the judgment entered against it include an additional monetary award of $5,000 to cover court costs, expenses and any other damages Plaintiff claims to have suffered to date.

In accordance with Rule 68, this offer will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 10 days of the date it was served upon you.

Dated: March 15, 2007

                                       Respectfully submitted,

                                       _____
                                       Alec W. Farr (D.C. Bar No. 440046)
                                       Kristin A. Hird (D.C. Bar. No. 497800)
                                       BRYAN CAVE LLP
                                       700 Thirteenth Street, NW, Suite 700
                                       Washington, D.C. 20005
                                       (202) 508-6000

                                       *Counsel for CitiMortgage, Inc. and Larry Osborne*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Offer of Judgment was served this 15th day of March 2007 via Federal Express to:

Thomas C. Willcox
1020 19th Street, N.W.
Suite 400
Washington DC 20036

*Counsel for Plaintiff Scott D. Pluta*

_____
Kristin A. Hird