UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCOTT D. PLUTA**  )  )  ) | **Case No. 1:06CV01806 (RWR)** |
| **Plaintiff,**  )  ) | |
| v.  )  ) | |
| **CITIMORTGAGE, INC.,** *et al.*  )  ) | |
| **Defendants.**  ) | |

### ENTRY OF APPEARANCE

The undersigned hereby enters his appearance for Plaintiff Scott D. Pluta in the above-referenced action.

        Respectfully Submitted

        */S/ Thomas C. Willcox*
        Thomas C. Willcox, Esquire
        1020 19th Street, N.W., Suite 400
        Washington, D.C. 20036
        (202) 223-0090
        Fax: (202) 452-0092
        tcw19@columbia.edu
        D.C. Bar No. 445135

**CERTIFICATE OF SERVICE**

      I hereby certify the preceding document was filed via pacer, making separate service unnecessary.

March 27, 2007

                                              /s/ *Thomas C. Willcox*
                                              Thomas C. Willcox