UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCOTT D. PLUTA**     ) | |
| ) | |
| )  | **Case No. 1:06CV01806 (RWR)** |
| **Plaintiff,**     ) | |
| ) | |
| **v.**     ) | |
| ) | |
| **CITIMORTGAGE, INC.,** *et al.*     ) | |
| ) | |
| **Defendants.**     ) | |

## DISMISSAL OF COUNT II ONLY

Pursuant to FRCP 41, plaintiff enters a voluntary dismissal of count II of the complaint

        Respectfully Submitted

        */S/ Thomas C. Willcox*
        Thomas C. Willcox, Esquire
        1020 19th Street, N.W., Suite 400
        Washington, D.C. 20036
        (202) 223-0090
        Fax: (202) 452-0092
        tcw19@columbia.edu
        D.C. Bar No. 445135

2

**CERTIFICATE OF SERVICE**

      I hereby certify the preceding document was filed via pacer, making separate service unnecessary.

March 27, 2007

                                                   /s/ *Thomas C. Willcox*
                                                 Thomas C. Willcox