UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA    ) | |
| ) | |
| ) | Case No. 1:06CV01806 (RWR) |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| CITIMORTGAGE, INC., *et al.*    ) | |
| ) | |
| Defendants.    ) | |

**CORRECTED PRAECIPE**
**DISMISSAL OF COUNT III ONLY**

Plaintiff's prior praecipe of voluntary dismissal referenced an incorrect count.

Pursuant to FRCP 41, plaintiff enters a voluntary dismissal of count III, not Count II, of the complaint

    Respectfully Submitted

    */S/ Thomas C. Willcox*
    Thomas C. Willcox, Esquire
    1020 19th Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 223-0090
    Fax: (202) 452-0092
    tcw19@columbia.edu
    D.C. Bar No. 445135

**CERTIFICATE OF SERVICE**

      I hereby certify the preceding document was filed via pacer, making separate service unnecessary.

March 28, 2007

                                                /s/ *Thomas C. Willcox*
                                                Thomas C. Willcox