UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Scott Pluta                                                               Civil Action No. 06cv1806
           Plaintiff,                                              (RWR)
Vs.
CitiMortgage et al
            Defendants.

Reply to Response to Motion to Quash

CitiMortgage has predictably, retreated from requests Nos. 2-8.

As to Request No 1, W&S offer letter, Mr. Pluta's Affirmation in Support of the Motion to Quash makes it patently clear this document have already been produced to CitiMortgage[1]

As to Request No 9, the attached affirmation of Mr. Pluta makes it clear he does not keep any paper files with respect to the above-referenced litigation at his office. Ex 1. In the face of this plain assertion, CitiMortgage apparently believes that because Mr. Pluta left work to apply for a loan at the Citibank branch near his place of employment, W&S must conduct a search of all of its 8 offices around the world and inquire of its 850 lawyers and countless support staff for unspecified documents with uncertain relevance related to a single loan application. Opp at page 5. This is the sort of "undue burden" the federal are designed to protect against.

As to Request No 10, CitiMortgage claims Mr. Pluta "has made no showing that W&S would have any difficulty searching its electronic and paper records for such documents and their relevance to this matter is obvious" Opp at 3, and "Defendants are entitled to know whether there are documents relating to Mr. Pluta's loan and this litigation in W&S's files, including emails and other "deleted" documents that may need to be recovered. Opp at 5. First, CitiMortgage's substitution of the word "obvious" for a specific proffer of the relevance of

---

[1] In fact, CitiMortgage, as part of its Self-Executing Disclosure, produced the two pages responsive to this request back to Pluta, numbered pp 92-93. .

unspecified "documents" makes it clear CitiMortgage has no real informative goal in seeking discovery from W&S other than attentuate Mr. Pluta's position there. As Mr. Pluta made clear from his affirmation in support of the Motion to Quash, any information that might be obtained from W&S has already been produced to CitiMortgage.

Second, Mr. Pluta has affirmed that any internal emails in W&S's system would be privileged and non-discoverable.

Therefore, this court should quash the instant subpoena.

Respectfully submitted,

/s/ *Thomas C. Willcox*
----------------------------
Thomas C. Willcox, Esq.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
Telephone: 202 223-0090
Facsmile: 202 453-0092
D.C. Bar No. 445135

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was served electronically, making service by mail unnecessary.

/s/ *Thomas C. Willcox*
Thomas C. Willcox, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Scott Pluta                                                        Civil Action No. 06cv1806
           Plaintiff,                                  (RWR)
v..
CitiMortgage et al
               Defendants.

AFFIRMATION OF SCOTT PLUTA IN SUPPORT OF REPLY TO RESPONSE TO MOTION TO QUASH

I Scott Pluta, pursuant to 28 USC Section 1746 and under the penalties of perjury, do affirm the following facts:

1. I maintain all paper files with respect to the above-captioned action in a desk at my home address.  Any papers I may collect or have collected during day as a result of obtaining a home mortgage or this litigation are brought home every day via leatherette.

2. With respect to electronic versions of documents such as complaints and motions, all such documents relating to the above-captioned action are maintained on a "flash drive" I bring back and forth from my office to my home.

3. The only information with respect to the above-captioned action that "exists" at W&S are contained in two subfolders in my computer; "Home Condo" and "Work Condo"

4. "Home Condo" contains various emails I received at my home computer, which I brought into my office to print as part of a document production in this case and for which purpose I placed on my hard drive.

5. "Work Condo" contains various emails related to the above-referenced case that I have sent and received while at work.

6. I have reviewed each of these files and am producing all non-privileged documents to CitiMortgage as part of my response to its first Request for Production of Documents.

7.      I have never corresponded with any W&S client regarding this litigation. I would regard any such communication as not only unnecessary, but further improper and completely appropriate.

8.      Any internal emails regarding the litigation would be privileged and therefore non-discoverable.

AFFIRMANT SAYETH FURTHER NOT

*/s/ Scott Pluta*
Scott Pluta

Date: April 25, 2007