UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Scott Pluta | Civil Action No. 06cv1806 |
| Plaintiff, | (RWR) |
| Vs. | |
| CitiMortgage et al | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF MOTION

The parties hereby notify the court that they have reached an agreement with respect to the subpoena that is the subject of the Motion to Quash, filing Number 18, currently scheduled for a hearing before the court today, at 3:30, and therefore, plaintiff consents to a denial of the Motion to Quash as moot.

Respectfully submitted,

/s/ *Thomas C. Willcox*
---------------------------
Thomas C. Willcox, Esq.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
Telephone: 202 223-0090
Facsmile: 202 453-0092
tcw19@columbia.edu
D.C. Bar No. 445135

/s/ *Alec W. Farr*
-----------------------
Alec W. Farr, Esq
Bryan Cave LLP
700 Thirteenth Street NW
Washington, DC  20005-3960
202/508-6053
202/220-7353
awfarr@bryancave.com
DC Bar No. 440046

CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was served electronically, making service by mail unnecessary.

/s/ *Thomas C. Willcox*
Thomas C. Willcox, Esq.