UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Scott Pluta                                        Civil Action No. 06cv1806
        Plaintiff,                              (RWR)
v.

CitiMortgage et al
        Defendants.

CONSENT MOTION FOR WEEK EXTENSION FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT

      Plaintiff, by undersigned counsel, hereby moves for a week extension to respond to the Defendants' Motion to Dismiss the Amended Complaint, which is due today, due to scheduling conflicts and press of business of plaintiff's counsel.

      The Defendants consent to this Motion.

      Wherefore for the reasons set forth above and in the accompany Memorandum, Plaintiff asks that this court grant the Plaintiff an additional week, until the 21st of May, to respond to the Defendants' Motion to Dismiss the Amended Complaint.

Respectfully submitted,

/s/ *Thomas C. Willcox*
Thomas C. Willcox, Esq.
1020 19th Street, N.W., Suite 400
Washington, DC 20036
Telephone: 202 223-0090
Facsmile: 202 453-0092
D.C. Bar No. 445135

CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was served electronically, making service by mail unnecessary.

Today,

May 14, 2007

/S/*Thomas C. Willcox*
Thomas C. Willcox, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Scott Pluta                                                    Civil Action No. 06cv1806
        Plaintiff,                                         (RWR)
v.

CitiMortgage et al
        Defendants.

ORDER ON MOTION TO AMEND JOINT DISCOVERY PLAN

On the basis of Plaintiff's Motion,

IT IS HEREBY ORDERED,

That Plaintiff has until Monday, May 14th 2007, to respond to Defendants' Motion to Dismiss the Amended Complaint.

_____
Richard W. Roberts
US District Judge