IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCOTT D. PLUTA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06CV01806 (RWR-DAR) |
| | ) |
| **CITIMORTGAGE, INC.,** *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO AMEND JOINT DISCOVERY PLAN
## AND MEMORANDUM IN SUPPORT

Plaintiff, by undersigned counsel, hereby moves to amend the Joint Discovery Plan entered into on February 15, 2007, to permit Plaintiff to take additional discovery after this Court has resolved Defendant's Motion to Dismiss.

Defendants consent to this Motion.

Local Rule 16.4 permits modifications of scheduling orders for good cause shown. The court has not yet issued a scheduling order based on the Joint Discovery Plan. An Amended Scheduling Order as Plaintiff proposes would permit discovery to take place after resolution of the issues raised in Defendant's Motion to Dismiss.

At the Defendant's request, the Plaintiff will consent to a non-binding, court-ordered mediation, provided it does not affect the discovery schedule.

Plaintiff reasonably anticipates a second round of discovery after a decision on Defendant's Motion to Compel is rendered.

On the basis of these facts, Plaintiff asks that the Joint Discovery Plan be amended such that fact discovery closes three months after this Court rules on Defendant's Motion to Dismiss.

Wherefore for the reasons set forth, Plaintiff asks this Honorable Court to amend the Joint Discovery Plan in the manner proposed and any other relief this court deems just and proper.

        Respectfully submitted,

*/s/ Thomas C. Willcox*
Thomas C. Willcox
1020 19th Street, N.W., Suite 400
Washington, DC  20036
Telephone: 202-223-0090
Facsimile:  202-453-0092
D.C. Bar No. 445135

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served by PACER on all parties, today.


 Thursday, May 24, 2007

   */s/ Thomas C. Willcox*
   Thomas C. Willcox, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SCOTT D. PLUTA** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| vs. | ) **Case No. 1:06CV01806 (RWR-DAR)** <br> ) |
| **CITIMORTGAGE, INC.,** *et al.,* | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

**ORDER ON MOTION TO AMEND JOINT DISCOVERY PLAN**

On the basis of Plaintiff's Motion,

IT IS HEREBY ORDERED,

That the Joint Discovery Plan is amended to close fact discovery three months after this court issues a ruling on Defendant's Motion to Dismiss. All other deadlines contained within the Joint Discovery Plan shall be adjusted by the same period of time.

A court-ordered mediation shall be scheduled.

_____
Richard W. Roberts
U.S. District Judge


_____
Deborah A. Robinson
U.S. Magistrate Judge