## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT D. PLUTA,        ) | |
| ) | |
| Plaintiff,    ) | Case No.  1:06CV01806 (RWR) |
| ) | |
| ) | |
| v.    ) | |
| ) | |
| CITIMORTGAGE, INC., *et al.,*    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

## JOINT MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

Pursuant to an agreement of the parties in connection with Plaintiff's Complaint

and Amended Complaint, the parties jointly request that the Clerk of the Court dismiss

with prejudice all counts of Plaintiff's Complaint and Amended Complaint, including any

counts that were previously voluntarily dismissed without prejudice.

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ *Alec W. Farr*
Alec W. Farr (D.C. Bar No. 440046)
Kristin A. Hird (DC Bar No. 497800)
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005-3960
P:  (202) 508-6000
F:  (202) 508-6200

*Counsel for Defendant CitiMortgage, Inc.*

Respectfully submitted,


By: /s/_Thomas C. Willcox_
Thomas C. Willcox, Esq.
D.C. Bar No. 445135
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 223-0090
Facsimile: (202) 452-0092
E-mail: tcw19@columbia.edu

Dated: September 6, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SCOTT D. PLUTA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 1:06CV01806 (RWR)** |
| ) | |
| **CITIMORTGAGE, INC., *et al.*,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**ORDER**

.

      This matter comes before the Court on the parties' Joint Motion to Dismiss

Plaintiff's Case with Prejudice.  Upon consideration of the memorandum filed in support

of said motion and for good cause shown, the Court finds:

      It is **ORDERED** that the parties' Joint Motion to Dismiss Plaintiff's Case with

Prejudice is hereby **GRANTED**.

_____
Date

_____
The Honorable Richard W. Roberts
District Court Judge